# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| ANNA MARIE EVANS, | CASE NO. 10cv2304-LAB (WVG) |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| WORLD SAVINGS BANK - FSB; AMERICAN HOME LENDERS, INC.; AND DOES 1-10, | |
| Defendants. | |

On November 23, 2010, the Court ordered Ms. Evans to show cause why this action should not be dismissed for lack of jurisdiction and why Evans should not be sanctioned pursuant to Fed. R. Civ. P. 11(c)(3). The order described the apparent Rule 11 violations, which included frivolous legal theories, inapplicable allegations cut and pasted from a complaint in a completely separate case, and a failure to confirm that the factual contentions were likely to have evidentiary support. She was ordered to file her response within 14 calendar days, and cautioned that if she did not show cause within the time permitted this action would be dismissed. Specifically, she was admonished that if she did not show cause why she should not be sanctioned, this action would be dismissed with prejudice as a sanction.

The time for Evans to file her response has come and gone, and no response has been filed. Nor has Evans attempted to mitigate her apparent Rule 11 violations, for

example by withdrawing or amending her complaint. For reasons set forth in the Court's order of November 23, the Court finds Evans' actions in filing a frivolous complaint and in failing to respond to the Court's order worthy of sanction. Dismissal of actions as a sanction is authorized by Fed. R. Civ. P. 11 and also by Civil Local Rule 83.1(a), and the Court finds this is necessary to deter repetition. As a sanction, this action is therefore **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

DATED: December 7, 2010

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge